SO ORDERED.

Dated: November 6, 2024

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert Rodriguez, III<br><br>Debtor.<br><br>Wilson Capital, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Robert Rodriguez, III,<br><br>Defendant. | Case No.: **2:23-bk-02568-DPC**<br><br>Chapter 13 converted to Chapter 7<br><br>**JUDGMENT**<br><br>Adv. Proc. No.: **2:23-ap-00147-DPC** |

Default was entered against Defendant Robert Rodriguez, III ("Defendant"), by the Clerk of the Court on June 26, 2024 (Doc. 39). Following Wilson Capital, LLC's ("Plaintiff") filing of its Application for Entry of Default Judgment Against Defendant (Doc. 44), and an evidentiary hearing to prove up damages, conducted on September 24, 2024, judgment is now hereby entered against Defendant, in favor of Plaintiff, as follows:

IT IS ORDERED THAT:

Plaintiff is awarded judgment against Defendant for its damages in the amount of **$477,444.91**, together with interest thereon at the federal rate of interest identified in

28 U.S.C. § 1961, from and after the date of this Judgment, until paid; and,

Although this Judgment is a default judgment, the parties engaged in extensive litigation prior to Defendant's bankruptcy filing as well as extensive litigation post-bankruptcy. All of the litigation billings referenced in Plaintiff's attorney's fees and costs application are being awarded to Plaintiff except the $10,000 "Witness Fee"[1] and all transaction related (non-litigation) fees referenced in counsel's billings from July 6, 2022 through September 6, 2022, which attorney's fees totaled $6,380. Plaintiff is, therefore, awarded judgment against Defendant for attorney's fees in the amount of $131,390 (i.e. $137,770 less $6,380) and costs in the amount of $2,434.33 ($12,434.33 less $10,000), as and for Plaintiff's reasonable attorney's fees and costs incurred by Plaintiff in connection with its litigation with Defendant.

IT IS FURTHER **ORDERED THAT**:

The above amounts awarded to Plaintiff are not dischargeable in Defendant's bankruptcy, pursuant to 11 U.S.C. §§ 523(a)(2)(a) and 523(a)(4).

DATED AND SIGNED ABOVE.

---

[1] The Court is denying the Witness Fee because Plaintiff has provided no support for this claimed expense. The Court will reconsider this denial if it is supplied an invoice reflecting the name of the expert, the work accomplished by the expert, the time and effort expended by the expert, the